EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 524-2017-01038 |

| New Jersey Division On Civil Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Dayse Hernandez** | **(732) 540-8243** | **1961** |

| Street Address | City, State and ZIP Code |
|---|---|
| **984 Ross St., Rahway, NJ 07065** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WALMART** | **500 or More** | **(908) 474-9055** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1601 West Edgar Road,  Linden, NJ 07036** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☒ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-23-2016**    Latest: **12-23-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer in or about 2011. My most recent position title was that of Cashier.

I was terminated from employment on or about December 23, 2016. Prior to this, I was subjected to a hostile working environment, harassment, bullying, disparate terms and conditions of employment, as well as other acts of discrimination. I feel these actions occurred due to my national origin.

Accordingly, I feel I have been discriminated against on the basis of national origin (Hispanic), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/03/2017   Dayse Hernandez<br>date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) NEWARK NJ

## Title of Action

Dayse Hernandez Vs. Walmart.

---

## COMPLAINT

Discrimination, Violation to the VI Amendment
Bulling, Harassment, Emotional Abuse (psychological trauma)
Retaliation, Unsafe and hostile working environment, Criminal Administration,
Coercion, threat, intimidation, extortion and wrongful termination.

---

Dayse Hernandez
984 Ross St.
Rahway, NJ 07065
(732)540-8243

Vs.

Walmart (Store #3469)
1601 W Edgar Rd
Linden, NJ 07036
(908)474-9055

Date 11-10-2017

## EQUAL EMPLOYMENT OPPORTUNITY
## COMMISSION
## (EEOC)NEWARK NJ

### CAUSE OF COMPLAINT

I Dayse Hernandez residing at 984 Ross St. Rahway NJ, 07065 (phone 732-540-8240) by the way of complaint says:

1- My complaints are grounded in the multiple slurs and retaliation actions occurred through the 5 years that I was employee at Walmart beside the bulling, verbal aggression and yelling in front of the customers. I worked under Carl Lucci and David Jacobson administration both of them failed in to resolve the problems that there are in a retail store like is Walmart.

   I was hired on November 16, 2011 since then to the last day of work December 23, 2016. **I suffered perpetual discriminatory actions due my origin.**

   Since the beginning I was scheduled for the worst and busy shift of the store (night shift) (without request an specific time) for more than two years my schedule was the 5 p.m. to 12:30 a.m.; during that time never a Saturday or Sunday were scheduled off. (Pg1-15G )

   By the time that I started to work there was so hostile environment against the Hispanic employees that "*I was advice that I may not survive three months there*".

   Not only I survived the three months but I survived the worst schedule, hate attitudes and actions, yelling in front of the customers, late brake of none (many times) but the bulling of others employees like to let me a *plastic cockroach over the register.* (Witness of that action was Elsy (then she become manager but now she is not longer there) and the worst of that time was the hostile attitude or the lack of cooperation of the CSM (supervisor) to accomplish the work, many of them had the habit of to ignore the cashier when we need that they do their job (they must to provide change (money) and it is part of their duty to go to the floor of department to find out the price when the items don't have price and that is one of the main problem at Walmart another big problem that cashier encounter there is the fact of to work in register without be previously "*audited*" before start the shift or after lunch.

   That situation made an **unsafe work environment** due the simple reason that many of the CSM can manipulate situations against the cashiers, cashiers can be blame for short or over without reason and when a CSM doesn't want to go to verify price she INVENTES the price for the items. **In five years that situation did not change.**

1

The best example of that situation is the following:

The last day of work there December 23, 2016 around 10:20 pm there was a rug without price the manager Maureen went to the rug department to find out the price of that rug then when she came back she stated that the price was $15.88, which was completely false. (See Pg. 25G )

Maureen is a manager and her mistake was not go to the register and verify the size, color and what rug was; she went to the department but she omitted the most important thing: She MUST TO KNOW WHAT was the item and SHE WAS SUPPOSED TO BRING A SIMILAR ITEM to the register so she gave the first price that she found and the rug was the BLACK GARLAND PIRATE AND CROSSBONES RUG (hppt://www.walmart.com/ip/Garland-Pirate-Skulls-and-Crossbones-Rug-Black/14220018)

 I was fired that day but if you go to Walmart and you confront Maureen she will be in shock and she will deny that happened that night. Not only the record of that transaction can be verify at Walmart but the VIDEO is there too.

My question is: Has Maureen been arrested or accused of to change price?

Another person who is there is Glenda (from Personnel) she paid a POT without price for $6.00 according to her the ceramic cooking pot casserole was in **clearance**.

Has Glenda been arrested? No both of them are still there.

**Both of them are Americans.**

What actions are taken by Walmart's administration to avoid situation like that of to prevent that customers dishonest can play with the price of the items. NONE.

*It is impossible to know all the price in the whole store but the administration can do something to prevent that the cashiers been deceived by others employees of customers and they don't do nothing* and that is negligence.

*Every single employee must to work in a safe environment.*

All the items must to be properly mark and registered in the system if they know that those situations can compromise the integrity of some employees why they don't take the proper steps to avoid situation like that? Items without price must not being sold or must be selling under the number of authorized manager that kind of transaction must not to be performance for a simple cashiers. In fact **when a price is change and is over $20.00 dollars the transaction is lock** by the system and it is necessary the authorization of one CMS or one manager.

2- Another way of discriminate against me was that I never was considered to be transfer to another position even there were available position AND DESPITE I HAD CEREERS PREFERENCE CHOICE IN THE SYSTEMS. Why?

2

I am bilingual and they took advance of that and beside of not record in SHORT SALE except the one of June 5, 2014 when I was blame of to receive fake money for the amount of $ 800.00 as a payment for a 50" TV (See Pg 26G).

In appearance that transaction was paid with fake money but in my opinion was not true. It was a **retaliation action** as result that one week before I complained about the laziness of one CSM. (I was calling her for more than half of hour and she ignored my call, she never went to the register to help me and to do her job) two weeks later I was sat down by Tatiane Franco (ASM) and Jeanine Salvatore (ZM) and without a properly investigation they conclude that I was entirely responsible despite the transaction was performed for other cashier, Victor Mesa (cashier from electronics department)  who came to my register scanned the TV' s UPC, the customer ( **A HISPANIC LADY**) EXTENDED 8 bills of $100 dollars each, I took the money in my hands I checked two of those bills with **the counterfeit maker they passed the test** of the marker and Victor asked me to give the bills to him, he checked all of them, and all of them were good. Three days after I received an ultimatum by Tatiane and Jeanine:

**"I have to sign or I have to quit".   I WAS THE ONLY RESPONSIBLE TO RECEIVE FAKE MONEY.**

When I faced that situation I went not only to Linden police I went to EEOC but no one heard my complaint against WALMART. They stated that the fake money was deposited at the bank. I did not have access to see the fake money either not report was shown to me as testimony that they really deposited the money at the bank, but the worst was when I tried to talk with the manager who was Carl Lucci by that time I couldn't open my mouth because when he saw me he told me that the **DOOR WAS THERE if I did not want to be cashier.** Indolence and cruelty total.

Only Securities have access to fake money. How is that two cashiers at Walmart failed in detected fake money and only one of them will be force to take responsibility for the occurrence. From time to time others registers were found short with similar amount. What did the managers do to stop that situation? Cashiers at Walmart work without a counterfeit detector how they explain that. **But the fact of to be ignore for the principal manager of the store is the most incredible. What kind of manager was him that he believed only in the <u>words</u> of those that were close to him. Is it not criminal administration? There is not crime without proofs.**

I was asked if I knew the customer. Why because she was Hispanic? Because the incident involved a Hispanic customer was truth the fantastic history that two Hispanic cashiers received fake money. A real investigation never was done. **And I was so idiot because I signed the audit form despite I knew the malignancy of that action against**

3

me. From that date I never worked again without marked the 100 bill. And again I was sat down at the end of the shift at night with the ultimatum of sign of quit.

In my opinion the real money was replace for the fake money for someone who has access to fake money, Who did it? Until today I don't know yet, the only that I know is that the money could be replaced easily because by that time the money was carried at the end of the day in money bags for one CSM to the accounting room. Today they use a wheel box safe to carry all the money bags.

Why they did not say that was 600 dollars fake.

HOW THE SECURITIES DID NOT NOTICE THE DETAIL OF THE TWO BILLS MARKED?

The video is still there but who care. Walmart is Walmart.

3- I survived to that slurs too and OTHERS SIMILARS RETAILATION ACTIONS like to drop my hours from 38, 36 and 34 to 19, 13 and "0" (See Pg 17-20G) for more than **one year** at the point that I lost Walmart benefits (See Pg 16G)

and that happened when Jeanine Salvatore became ZM. I was never scheduled again to work over 30 hours so I closed my availability (See Pg 21G)

More retaliation actions occurred in time, one night Tatiane Franco (ASM) sent one CSM to ask me *if I could stay to help to close the store* and I replied not I can't do it due my other job.

Two weeks after that question I was scheduled **40 hours from 3:30 p.m. to 12:30 a.m.** (See Pg 23-24G).

That was another retaliation action against me. Why? Why they violated my availability (only certain managers can override the available hours of the employees) that was a problem to me I HAD TO make adjustment and I couldn't work in my other job. After 10 minutes late the system at Walmart gives points when one employee has 9 points that person will be automatically fired by the system.

I talked with more than one managers no one care, total indolence. MY SCHEDULE WAS not change and some of the CMS (supervisors) that knew about the situation only *laughing*.

I had to work that schedule I survived to that attack too.

And I ask: What kind of ethic has the person that overrode my availability. Who did it? *Is there an excuse for that action?* Not only the first that is visible in the system when a person access the employee page is the hours available to work the others hours are block for the system. (See Pg 30G). Who scheduled me in that way, the person ignored what she was doing? Not, that was done on purpose. And it was necessary permission to override my hours.

4

4- If mistreat , abuse, coercive and criminal actions were perpetrated with the total slackness and permission of the manager Carl Lucci after a heart attack that he suffered, **David Jacobson became the new store manager and he is not a better manager.** What substantial changes are there after he is the new manager? It is not only to hire more employees because the problematic situation that involve the items misplace or stoked under price and wrong descriptions are faraway of to be resolve furthermore is total responsibility of the managers to avoid transactions that can be distorted by malicious CSM or dishonest customer due that the merchandise that are not longer in the systems or are not properly with tag price may not be selling; and this one part of the problem the other part is how to performance secure and accurate transaction with the merchandise that have been dropped in a ridiculous way (prices as 10, 50, 99 cents $2.00, $3.00 and so on) The most part of the merchandises that are in *clearance have not been dropped in the system* and the cashier must to do manually by department number, description and price many of those merchandise are labeled with a volatile **yellow** tags and I say volatile tag because it is so easy for people that are not honest to transfer those tags to another item.

For five 5 years that I worked at Walmart that situation was reason of conflicts between CSM, Cashiers and customers.

It is important to remark that The store manager David Jacobson held one meeting (the only meeting in two years) AT THE BEGINNING OF HIS ADMINISTRATION where he stated that he did not want cashier out the register searching for price on the floor and that he gave the *"DISCRETION" TO THE CASHIERS TO DECIDE IN RELATION OF DISCREPANCY ON PRICE ALWAYS THAT THE DIFFERENCE WERE MINIMUM. And minimum can be a couple dollars. In one word he gave a verbal policy to cashiers (there was no MEMO or any kind or writing reminded for that but he stated that clearly). At the end of that meeting I told him: "KNOW YOUR EMPLOYEES".*

Did he try to find out why I told him that? NO, obviously he was not interesting to know why a simple associate like I was, advice him in that way.

With my background of retaliation and discriminatory actions against me it is not hard to believe that the unfortunate events that I faced the night of December 23, at down of December 24, 2016 was a dirty revenge that goes beyond the limits for a normal person but not for a rotten person full of hate and racist able of to commit cowardly acts of to distortion of the reality. A clearance transaction was denounced as a robbery and the PERFECT TARGET: two Hispanics.

Why not Glenda, Florence or Maureen just to mention some of them, have been sent to the jail, not they are Americans...

5

I never expected to face such a terrible below the belt like the humiliation that I suffered on December 2016, the most virulent, sadistic and Machiavellian way of revenge perpetuate against an associate, I can't not mention name but I remember one night before my leave of absent (June to November 18, 2016) **one CSM (Hindu the only one CSM that was there) sent me to clean all the register and collect the garbage I did not say "NO", but I gave her a sharp look that it was worst that to say "NO".** I remember that lady around the register when that associate came to the cashier to pay the clearance items. But there is something interesting if she was the person that denounce that I was doing what *I did not did it* why she did not call the police immediately, why she did not call the security immediately those merchandises were there until 12:30 a.m. Why to wait? If a person witness an illegal action it is not better to caught red handed those who are involved in that action. When something happens at Walmart a police is there in less than 10 minutes.

No one noticed the evil intention of that person, it is so sad and disappointed verify over and over the prejudices against one nationality, and how easy was for everybody (securities and managers) to heard that infamy and without scrupulous to give the order of arrest based on the *credibility of one insane person. Where are the proofs?* Pictures do not have sounds.

There is a difference between short transaction and "shrink" (See Pg 28-29G). How can be a shrinking in a clearance sale. What does Clearance mean? It is legal that Walmart use fake recovery to undercover and justify criminal actions against its employees with the coldness and the cruel silence of its managers. (See Pg 27G).

How is that information that sounds unlikely don't be deeply investigate before to ruin the moral and before to destroy the life of one person. Believe in one person and in other not. It is not discrimination? What is it?

**Is Walmart over the law?**

6

# EXHIBIT

**APPENDIX**

|  | PAGES |
|---|---|
| First Schedules at Walmart | 1-15G |
| Notification of lost of benefit for 2015 (result of the reduction of hours on 2014) | 16G |
| 0 hours for the week of Oct.24-Oct.30 2015 | 17G |
| Schedule for 6 hours | 18G |
| Schedule for 13.30 hours | 19G |
| Schedule for15:30 hours | 20G |
| First request for to change working hours available (April 2014) | 21G |
| Second request for change working hours available (May 2015) | 22G |
| Schedule violating the hours availability (July 18- July 24, 2015) | 23G |
| Schedule violating the hours availability (August 01-07, 2015) | 24G |
| Picture of Black Garland Pirate Skulls and Crossbones Rug | 25G |
| Audit report due Fake Money (June 5, 2014) | 26G |
| Payment of Restitution due FAKE recovery | 27G |
| First Letter of fake recovery claim Feb.2, 2017 | 28G |
| Second letter of fake recovery claim March 3, 2017 | 29G |
| Schedule showing available hours of the associate | 30G |

Your Full Schedule

Page 1 of 1



e Availability Exceptions   ? Help   Feedback

DAYSE HERNANDEZ   Assoc

Primary Job Code: 1-990-501

| | Nov 12 - Nov 18 Week 42 | | | | Nov 19 - Nov 25 Week 43 | | | | | Current Week | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCHEDULED 32 hrs 0 mins | 5 AM | 6 AM | 7 AM | | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 6 PM | 7 PM | 8 PM |

**Saturday**
Nov 19

**Sunday**
Nov 20 — 5 hrs 0 mins — Seasonal Sales Associate — Meal: None — 8am — 1pm

**Monday**
Nov 21 — 6 hrs 30 mins — Seasonal Sales Associate — Meal: 2pm - 2:30pm — 10am — 5pm

**Tuesday**
Nov 22 — 6 hrs 30 mins — Seasonal Sales Associate — Meal: 2pm - 2:30pm — 10am

**Wednesday**
Nov 23

**Thursday**
Nov 24 — 8 hrs 0 mins — Seasonal Sales Associate — Meal: — 12pm — 9pm

**Friday**
Nov 25 — 6 hrs 0 mins — Cashier — Meal: 7:30pm - 8:30pm — 4:30pm

Show My Availability

This schedule is valid as of ... Dec 02, 2011

Pg 16

**Availability Exceptions**   **? Help**   **Feedback**   DAYSE HERNANDEZ   Assoc ID: 3658
Primary Job Code: 1-990-501

| | Nov 12 - Nov 18 Week 42 | | | | Nov 19 - Nov 25 Week 43 | | | | | Current Week | | | | | | |

| | SCHEDULED<br>33 hrs 0 mins | 5<br>AM | 6<br>AM | 7<br>AM | 8<br>AM | 9<br>AM | 10<br>AM | 11<br>AM | 12<br>PM | 1<br>PM | 2<br>PM | 3<br>PM | 4<br>PM | 5<br>PM | 6<br>PM | 7<br>PM | 8<br>PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday**<br>Dec 03 | 8 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 12pm - 1pm | | | 7am | | | | | | | | 4pm | | | | | |
| **Sunday**<br>Dec 04 | 8 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 11am - 12pm | | | 7am | | | | | | | | 4pm | | | | | |
| **Monday**<br>Dec 05 | | | | | | | | | | | | | | | | | |
| **Tuesday**<br>Dec 06 | 6 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | |
| **Wednesday**<br>Dec 07 | | | | | | | | | | | | | | | | | |
| **Thursday**<br>Dec 08 | 5 hrs 30 mins<br>Seasonal Sales Associate<br>Meal: None | | | | | | | | | | | | | | | 6:30pm - 12*m | |
| **Friday**<br>Dec 09 | 5 hrs 30 mins<br>Seasonal Sales Associate<br>Meal: None | | | | | | | | | | | | | | | 6:30pm - 12Am | |

**Show My Availability**

This schedule is valid as of 7:27 PM on Dec 02, 2011

Pg 26

 **Availability Exceptions** | **? Help** | **Feedback**    DAYSE HERNANDEZ    Assoc ID: 3658
Primary Job Code: 1-990-501

| | | Nov 19 - Nov 25 Week 43 | | | Nov 26 - Dec 02 Week 44 | | | | Current Week | | | | | | |

| | SCHEDULED **33 hrs 30 mins** | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Dec 17 | **7 hrs 0 mins** Seasonal Sales Associate Meal: 11am - 12pm | | | 7am | | | | | | | | 3pm | | | | | |
| **Sunday** Dec 18 | **6 hrs 0 mins** Seasonal Sales Associate Meal: 10am - 11am | | | 7am | | | | | | | 2pm | | | | | | |
| **Monday** Dec 19 | | | | | | | | | | | | | | | | | |
| **Tuesday** Dec 20 | | | | | | | | | | | | | | | | | |
| **Wednesday** Dec 21 | **4 hrs 30 mins** Cashier Meal: None | | | | | | 9:30am | | | | 2pm | | | | | | |
| **Thursday** Dec 22 | **8 hrs 0 mins** Cashier Meal: 2:30pm - 3:30pm | | | | | | 10:30am | | | | | | | | | 7:30pm | |
| **Friday** Dec 23 | **8 hrs 0 mins** Cashier Meal: 11am - 12pm | | | 7am | | | | | | | | | 4pm | | | | |

**Show My Availability**

This schedule is valid as of 10:27 PM on Dec 06, 2011

Pg 36

Availability Exceptions | ? Help | Feedback DAYSE HERNANDEZ   Assoc ID: 3658
Primary Job Code: 1-990-501

| | | Dec 10 - Dec 16 Week 46 | | | | | Dec 17 - Dec 23 Week 47 | | | | | | | **Current Week** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SCHEDULED 30 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Dec 24 | 8 hrs 0 mins Seasonal Sales Associate Meal: 11am - 12pm | | | 7am | | | | | | | | | 4pm | | | | |
| **Sunday** Dec 25 | | | | | | | | | | | | | | | | | |
| **Monday** Dec 26 | 8 hrs 0 mins Seasonal Sales Associate Meal: 7am - 8am | | 3am | | | | | 12pm | | | | | | | | | |
| **Tuesday** Dec 27 | 8 hrs 0 mins Seasonal Sales Associate Meal: 11am - 12pm | | | 7am | | | | | | | | | 4pm | | | | |
| **Wednesday** Dec 28 | | | | | | | | | | | | | | | | | |
| **Thursday** Dec 29 | 6 hrs 0 mins Seasonal Sales Associate Meal: 9pm - 10pm | | | | | | | | | | | | | 5pm - 12pm | | | |
| **Friday** Dec 30 | | | | | | | | | | | | | | | | | |

Show My Availability

This schedule is valid as of 2:09 PM on Dec 24, 2011

pg 46

## DAYSE HERNANDEZ

Assoc ID: 3658
Primary Job Code: 1-990-501

| | | Dec 10 - Dec 16 Week 46 | Dec 17 - Dec 23 Week 47 | Current Week |
|---|---|---|---|---|

| | SCHEDULED<br>32 hrs 30 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Dec 31 | 7 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 12pm - 1pm | | | | | 9am | | | | | | | | 5pm | | | |
| **Sunday** Jan 01 | 7 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 12pm - 1pm | | | | | 9am | | | | | | | | 5pm | | | |
| **Monday** Jan 02 | | | | | | | | | | | | | | | | | |
| **Tuesday** Jan 03 | | | | | | | | | | | | | | | | | |
| **Wednesday** Jan 04 | 7 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 12pm - 1pm | | | | | 9am | | | | | | | | 5pm | | | |
| **Thursday** Jan 05 | 6 hrs 0 mins<br>Seasonal Sales Associate<br>Meal: 12pm - 1pm | | | | | 9am | | | | | | | 4pm | | | | |
| **Friday** Jan 06 | 5 hrs 30 mins<br>Seasonal Sales Associate<br>Meal: None | | | | | | | | | | | | | | | 6:30pm | |

Show My Availability

This schedule is valid as of 5:00 PM on Dec 29, 2011

Pg 56

e  Availability Exceptions    Help    Feedback       DAYSE HERNANDEZ      Assoc ID: 3858

Primary Job Code: 1-990-59

Jan 21 - Jan 27 Week 52          Jan 28 - Feb 03 Week 1          Current Week

| | SCHEDULED 29 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 AN | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Feb 11 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | |
| **Sunday** Feb 12 | **5 hrs 30 mins** Smokeshop Cashier Meal: None | | | | | | | | | | | | | | | 6:30pm | | | | 12am |
| **Monday** Feb 13 | | | | | | | | | | | | | | | | | | | | |
| **Tuesday** Feb 14 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | 12AM |
| **Wednesday** Feb 15 | **5 hrs 30 mins** Smokeshop Cashier Meal: None | | | | | | | | | | | | | | | 6:30pm | | | | 12AM |
| **Thursday** Feb 16 | | | | | | | | | | | | | | | | | | | | |
| **Friday** Feb 17 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | 12AM |

**Show My Availability**

This schedule is valid as of 1:51 PM on 06 Feb 2012

Pg 66

**Availability Exceptions**  **Help**  **Feedback**    DAYSE HERNANDEZ    Assoc ID: 3658

Primary Job Code: 1-990-501

| | Jan 21 - Jan 27 Week 52 | | Jan 28 - Feb 03 Week 1 | | | | | Current Week | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SCHEDULED 32 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Feb 18 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | 12am | |
| **Sunday** Feb 19 | 8 hrs 0 mins Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | 3pm | | | | | | | | 12 | |
| **Monday** Feb 20 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm 9:30a.m | | | | | | 5:00 p.m | |
| **Tuesday** Feb 21 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | 12 | |
| **Wednesday** Feb 22 | | | | | | | | | | | | | | | | | | | | | |
| **Thursday** Feb 23 | | | | | | | | | | | | | | | | | | | | | |
| **Friday** Feb 24 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | 12 | |

**Show My Availability**

This schedule is valid as of 1:51 PM on 06 Feb 2012

Pg 7G

Availability Exceptions | Help | Feedback | **DAYSE HERNANDEZ**  Assoc ID: 3658

Primary Job Code: 1-990-501

| | Feb 04 - Feb 10 Week 2 | Feb 11 - Feb 17 Week 3 | Current Week |
|---|---|---|---|

| | SCHEDULED 30 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Feb 25 | **6 hrs 0 mins.** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | |
| **Sunday** Feb 26 | **6 hrs 0 mins** Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | | | 5pm | | | | | | |
| **Monday** Feb 27 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | |
| **Tuesday** Feb 28 | | | | | | | | | | | | | | | | | | | | |
| **Wednesday** Feb 29 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | |
| **Thursday** Mar 01 | | | | | | | | | | | | | | | | | | | | |
| **Friday** Mar 02 | **6 hrs 0 mins.** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | |

**Show My Availability**

This schedule is valid as of 5:03 PM on 18 Feb 2012

Pg 86

Availability Exceptions    Help    Feedback    DAYSE HERNANDEZ    Assoc ID: 6558

Primary Job Code 1-950-504

| | Feb 04 - Feb 10 Week 2 | | | | Feb 11 - Feb 17 Week 3 | | | | | Current Week | | | | | | Feb 25 - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SCHEDULED 30 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 P. | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Mar 03 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | |
| **Sunday** Mar 04 | **6 hrs 0 mins** Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | | | 5pm | | | | | 12a.m | | |
| **Monday** Mar 05 | | | | | | | | | | | | | | | | | | | | | |
| **Tuesday** Mar 06 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | |
| **Wednesday** Mar 07 | | | | | | | | | | | | | | | | | | | | | |
| **Thursday** Mar 08 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | 12an | | |
| **Friday** Mar 09 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | 1 | | |

Show My Availability

This schedule is valid as of 5.03 PM on 18 Feb 2012

$P_g$ 4G

**Availability Exceptions** | **Help** | **Feedback**    DAYSE HERNANDEZ    Assoc ID: 3658
Primary Job Code: 1-990-50%    b Group: c

| | Feb 25 - Mar 02 Week 5 | Mar 03 - Mar 09 Week 6 | Current Week | Mar 17 - 18 |

| | SCHEDULED 30 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Mar 17 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | 12am |
| **Sunday** Mar 18 | 6 hrs 0 mins Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | | | 5pm | | | | | | | 12a a |
| **Monday** Mar 19 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | 12a a |
| **Tuesday** Mar 20 | | | | | | | | | | | | | | | | | | | | | |
| **Wednesday** Mar 21 | | | | | | | | | | | | | | | | | | | | | |
| **Thursday** Mar 22 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | 1am |
| **Friday** Mar 23 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | | | | | | 1' |

**Show My Availability**

This schedule is valid as of 5:07 PM on 11 Mar 2012

$P_g$ 106

 Availability Exceptions  Help Feedback DAYSE HERNANDEZ Assoc ID:
Primary Job:

Mar 17 - Mar 23 Week 8          Mar 24 - Mar 30 Week 9          Current Week

| | SCHEDULED<br>32 hrs 0 mins | 5<br>AM | 6<br>AM | 7<br>AM | 8<br>AM | 9<br>AM | 10<br>AM | 11<br>AM | 12<br>PM | 1<br>PM | 2<br>PM | 3<br>PM | 4<br>PM | 5<br>PM | 6<br>PM | 7<br>PM | 8<br>PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday**<br>Apr 07 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 a.m | |
| **Sunday**<br>Apr 08 | **8 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 7pm - 8pm | | | | | | | | | | | 3pm | | | | 12 am | |
| **Monday**<br>Apr 09 | | | | | | | | | | | | | | | | | |
| **Tuesday**<br>Apr 10 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12am | |
| **Wednesday**<br>Apr 11 | | | | | | | | | | | | | | | | | |
| **Thursday**<br>Apr 12 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12am | |
| **Friday**<br>Apr 13 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12am | |

Show My Availability

This schedule is valid as of 11:43 PM on 31 Mar 2012

Pg 116

Page 1 of

e Availability Exceptions   ? Help   Feedback   DAYSE HERNANDEZ   Assoc ID: 3658   WIN: 216857
Primary Job Code: 1-990-501   Job Group 4

May 19 - May 25 Week 17        May 26 - Jun 01 Week 18        Current Week        Jun 09 - Ju

| | SCHEDULED<br>33 hrs 0 mins | 5<br>AM | 6<br>AM | 7<br>AM | 8<br>AM | 9<br>AM | 10<br>AM | 11<br>AM | 12<br>PM | 1<br>PM | 2<br>PM | 3<br>PM | 4<br>PM | 5<br>PM | 6<br>PM | 7<br>PM | 8<br>PM | 9<br>PM | 10<br>PM | 11<br>PM | 12<br>AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday**<br>Jun 09 | **7 hrs 30 mins**<br>Smokeshop Cashier<br>Meal: 7pm - 8pm | | | | | | | | | | | | | 3:30pm | | | | | | | 12am |
| **Sunday**<br>Jun 10 | **7 hrs 30 mins**<br>Smokeshop Cashier<br>Meal: 7pm - 8pm | | | | | | | | | | | | | 3:30pm | | | | | | | 12am |
| **Monday**<br>Jun 11 | | | | | | | | | | | | | | | | | | | | | |
| **Tuesday**<br>Jun 12 | | | | | | | | | | | | | | | | | | | | | |
| **Wednesday**<br>Jun 13 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | | 5pm | | | | | | 12am |
| **Thursday**<br>Jun 14 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | | 5pm | | | | | | 12am |
| **Friday**<br>Jun 15 | **6 hrs 0 mins**<br>Smokeshop Cashier<br>Meal: 8pm - 9pm | | | | | | | | | | | | | | 5pm | | | | | | 12am |

Show My Availability

his schedule is valid as of 6:34 PM on 07 Jun 2012

Pg 12 G

 

Availability Exceptions  Help  Feedback   DAYSE HERNANDEZ   Assoc ID: 3658
Primary Job Code: 1-990-9

Jun 23 - Jun 29 week 22        Jun 30 - Jul 06 week 23        Current Week

| | SCHEDULED 32 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Jul 14 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Sunday** Jul 15 | **8 hrs 0 mins** Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | 3pm | | | | 12 | |
| **Monday** Jul 16 | | | | | | | | | | | | | | | | | |
| **Tuesday** Jul 17 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Wednesday** Jul 18 | | | | | | | | | | | | | | | | | |
| **Thursday** Jul 19 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Friday** Jul 20 | **6 hrs 0 mins** Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |

Show My Availability

This schedule is valid as of 7:21 PM on 10 Jul 2012

Pg 136

 Availability Exceptions   Help  Feedback    DAYSE HERNANDEZ   Assoc ID: 3658
Primary Job Code: 1-990-1

Aug 04 - Aug 10 Week 28        Aug 11 - Aug 17 Week 29        Current Week

| | SCHEDULED 32 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Sep 01 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | 7am | | | | | | | | | | 5pm | | | 12 |
| **Sunday** Sep 02 | 8 hrs 0 mins Smokeshop Cashier Meal: 7pm - 8pm | | | 7am | | | | | | | | 3pm | | | | | 12 |
| **Monday** Sep 03 | | | | 7am | | | | | | | | | | | | | |
| **Tuesday** Sep 04 | | | | 7am | | | | | | | | | | | | | |
| **Wednesday** Sep 05 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | 7am | | | | | | | | | | 5pm | | | 12 |
| **Thursday** Sep 06 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | 7am | | | | | | | | | | 5pm | | | 12 |
| **Friday** Sep 07 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | 7am | | | | | | | | | | 5pm | | | 12 |

Hide My Availability

This schedule is valid as of 9:55 PM on 18 Aug 2012

Pg 14 G

 Availability Exceptions  Help Feedback **DAYSE HERNANDEZ** Assoc ID: Code
Primary Job Code: 5395

Aug 04 - Aug 10 Week 28    Aug 11 - Aug 17 Week 29    Current Week

| | SCHEDULED 32 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** Aug 25 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Sunday** Aug 26 | 8 hrs 0 mins Smokeshop Cashier Meal: 7pm - 8pm | | | | | | | | | | | 3pm | | | | | |
| **Monday** Aug 27 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Tuesday** Aug 28 | | | | | | | | | | | | | | | | | |
| **Wednesday** Aug 29 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |
| **Thursday** Aug 30 | | | | | | | | | | | | | | | | | |
| **Friday** Aug 31 | 6 hrs 0 mins Smokeshop Cashier Meal: 8pm - 9pm | | | | | | | | | | | | | 5pm | | 12 | |

Show My Availability

This schedule is valid as of 9:56 PM on 18 Aug 2012

Pg 15 G

*******AUTO**3-DIGIT 070
Dayse Hernandez
984 Ross St
Rahway, NJ, 07065-2134

26 0054-0699-0016747

**Walmart**

Sam's CLUB

1601 W Edgar Rd
Linden, NJ, 07036-6422

October 10, 2014

**Your Health Care Benefit Eligibility Has Changed for 2015**

Dear Dayse,

There are changes to your eligibility for health care benefits that I'd like to tell you about.

Starting in 2015, all part-time and temporary associates will need to work an average of at least 30 hours per week over the previous 12 months to maintain eligibility for Walmart health care benefits. The company makes the calculation for the average weekly hours each October.

We've recently reviewed your hours and found the average hours you worked were below 30 hours per week. **This means your eligibility is ending for Walmart's medical, vision, critical illness and accident benefits for 2015.** You will continue to be covered by the plans you are currently enrolled in through December 31, 2014.

Walmart has had a long history of providing health care benefits to part-time associates when most of our competitors did not. And when the decision was made in 2012 to require new associates to work 30 or more hours in order to become eligible for health care, we were pleased to continue your coverage even though you weren't working 30 hours weekly on average.

In addition to cost, another factor influencing our decision is the changing health care landscape. Today, there is a wider selection of affordable, quality health insurance options in the marketplace. So, the timing is right to change our benefit eligibility policy to be similar to what others in the retail industry have done before us.

I understand that needing to change your health care plans this year may not be what you expected. To help you find another plan, the company is providing you resources and guidance so you can make the right health care benefits choices for 2015.

We have arranged with *HealthCompare* to review options with you, including government programs and private health insurance. Through *HealthCompare*, you may find a plan that could potentially be even more affordable for you and your dependents.

On the following pages, you will find more information to help answer your questions and connect you to resources. As a part-time associate, you are eligible for many other Walmart benefits, and you'll see information about those as well. We hope you will take advantage of them.

Respectfully,

Sally Welborn
Senior Vice President of Global Benefits
sallywelborn@walmart.com
*HealthCompare* telephone number: 877-260-1824

Pg 1466



## Customer Service Scheduling Availability (Associate)

Dear Associate,

Thank you for your continued service with Walmart. We strive to provide flexible hours for our associates while ensuring excellent customer service. Walmart recognizes that opportunities may arise that require an associate to change their availability. We respect your request to do so. We must ensure that we have trained associates available when our customer traffic is heaviest. Changing your availability could affect the number of hours you receive. If you have any questions, see your facility manager.

_Daysi Hernández_  
**(Print Name)**

_216857806_  
**(WIN #)**

Indicate the hours you are available to work. Changes to your availability must be approved by your facility manager.

**Facility #:** _____      **Is your store 24-hrs.?  Yes    No   (circle one)**  
(Shift times vary in 24-hr. facilities. See the personnel manager for shift times.)

**Your availability:**

|  | **Saturday** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** |
|---|---|---|---|---|---|---|---|
| **Start Time:** | 8:00 AM | _____ | 6:30 PM | 6:30 PM | 6:30 PM | 6:30 PM | 6:30 PM |
| **Stop Time:** | 10 PM | _____ | 11:30 PM | 11:30 PM | 11:30 PM | 11:30 PM | 11:30 PM |

Are you requesting a status change?  No   Yes   (circle one)  
If yes above, part-time to full-time (over 34-hrs.) _____    Full-time to part-time (under 34-hrs.) _____

| **Weekly** | **Daily** |
|---|---|
| Maximum hours requested weekly: _____  (not to exceed 40-hrs.) | Maximum hours requested daily: _____ |

Indicate any reoccurring times you're not available to work. Some examples include, night classes every other Thursday night, military service duty the 2nd weekend of each month, etc.

| **Beginning** | | **Ending** | | **Exception** | **Date to** | |
|---|---|---|---|---|---|---|
| Day | Time | Day | Time | (How often occurs) | Begin | End |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |

Associate's Signature: _Daysi Hernández_          Date: 04 / 19 / 2014

Facility Manager's Signature: _____          Date: _____

This form is no guarantee of a shift or minimum number of hours.  
This form supersedes the availability section contained on the application.  
**Maintain this form in the associate's personnel file.**

June 12, 2013

Pg 17 G

Your Full Schedule

Print Page | Availability Exceptions | Help    DAYSE HERNANDEZ   Assoc ID: 3658      WIN: 216857806
                                                Primary Job Code: 1-990-501   Job Group: CASHIER

| | Oct 03 - Oct 09 Week 36 | Oct 10 - Oct 16 Week 37 | Current Week | Oct 24 - Oct 30 Week 39 | Oct 31 - Nov 06 Week 40 |

| | SCHEDULED 0 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 AM | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saturday Oct 24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunday Oct 25 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday Oct 26 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tuesday Oct 27 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wednesday Oct 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thursday Oct 29 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Friday Oct 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Currently Scheduled for This Week

Show My Availability

This schedule is valid as of 8:50 PM on 19 Oct 2015

Pg 18 6

Print Page | Availability Exceptions | Help | DAYSE HERNANDEZ   Assoc ID: 3658        WIN: 216857806
Primary Job Code: 1-900-501   Job Group: CASHIER

| | SCHEDULED 6 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 AM | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** May 02 | **6 hrs 0 mins** Smokeshop Cashier Meal: 4:30pm - 5:30pm | | | | | | | | | 1:30pm | | | | 8:30pm | | | | | | | | | | | | | | |
| **Sunday** May 03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Monday** May 04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Tuesday** May 05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Wednesday** May 06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Thursday** May 07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Friday** May 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Show My Availability

This schedule is valid as of 11:19 PM on 24 Apr 2015

Availability Exceptions   Help   Feedback   **DAYSE HERNANDEZ**   Assoc ID: 3658          WIN: 216657806
                                                                Primary Job Code: 1-990-501   Job Group: CASHIER

| | Mar 08 - Mar 14 Week 6 | Mar 15 - Mar 21 Week 7 | Current Week | Mar 29 - Apr 04 Week 9 | Apr 05 - Apr 11 Week 10 |
|---|---|---|---|---|---|

| | SCHEDULED 13 hrs 30 mins | |
|---|---|---|
| **Saturday** Apr 05 | 4 hrs 30 mins Cashier Meal: None | 10:30am 10:30 3pm 3pm |
| **Sunday** Apr 06 | | |
| **Monday** Apr 07 | | |
| **Tuesday** Apr 08 | 4 hrs 30 mins Cashier Meal: None | 5:30pm 5:30 10pm 10pm |
| **Wednesday** Apr 09 | | |
| **Thursday** Apr 10 | 4 hrs 30 mins Cashier Meal: None | 10:30am 10:30 3pm 3pm |
| **Friday** Apr 11 | | |

This schedule is valid as of 12:31 PM on 27 Mar 2014

Availability Exceptions | Help | Feedback |   **DAYSE HERNANDEZ**   Assoc ID: 3858   WIN: 216857806
Primary Job Code: 1-990-501   Job Group: CASHIER

| | | Mar 22 - Mar 28 Week 8 | Mar 29 - Apr 04 Week 9 | Current Week | Apr 12 - Apr 18 Week 11 | Apr 19 - Apr 25 Week 12 |
|---|---|---|---|---|---|---|

15 hrs 30 mins

| | | | | |
|---|---|---|---|---|
| Saturday Apr 19 | 4 hrs 30 mins Cashier Meal: None | 11:30am 11:30 | 4pm 4 PM | |
| Sunday Apr 20 | | | | |
| Monday Apr 21 | | | | |
| Tuesday Apr 22 | | | | |
| Wednesday Apr 23 | 4 hrs 30 mins Cashier Meal: None | 10:30am 10:30 | 3pm 3 AM | |
| Thursday Apr 24 | 8 hrs 30 mins Cashier Meal: 4:30pm - 5:30pm | 1:30pm 1:30 PM | 9pm 9 PM | |
| Friday Apr 25 | | | | |

Show My Availability

This schedule is valid as of 7:09 PM on 08 Apr 2014

Pg 21 G



## Customer Service Scheduling Availability (Associate)

Dear Associate,

Thank you for your continued service with Walmart. We strive to provide flexible hours for our associates while ensuring excellent customer service. Walmart recognizes that opportunities may arise that require an associate to change their availability. We respect your request to do so. We must ensure that we have trained associates available when our customer traffic is heaviest. Changing your availability could affect the number of hours you receive. If you have any questions, see your facility manager.

**Dayse Hernandez**
**(Print Name)**

**2168857806**
**(WIN #)**

Indicate the hours you are available to work. Changes to your availability must be approved by your facility manager.

**Facility #:** _____     **Is your store 24-hrs.? Yes    No   (circle one)**
(Shift times vary in 24-hr. facilities. See the personnel manager for shift times.)

**Your availability:**

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| **Start Time:** | 6:30 PM | | 6:30 PM | 6:30 PM | 6:30 PM | 6:30 PM | 6:30 PM |
| **Stop Time:** | 12:00 PM | | 11:30 PM | 11:30 PM | 11:30 P.M. | 11:30 PM | 11:30 PM |

Are you requesting a status change? No   Yes   (circle one)
If yes above, part-time to full-time (over 34-hrs.) _____    Full-time to part-time (under 34-hrs.) _____

| **Weekly**<br>Maximum hours requested weekly: 31<br>(not to exceed 40-hrs.) | **Daily**<br>Maximum hours requested daily: _____ |
|---|---|

Indicate any reoccurring times you're not available to work. Some examples include, night classes every other Thursday night, military service duty the 2nd weekend of each month, etc.

✳✳

| **Beginning**<br>Day | Time | **Ending**<br>Day | Time | **Exception**<br>(How often occurs) | **Date to**<br>Begin | End |
|---|---|---|---|---|---|---|
| June 6<br>2015 | | | | | | |
| | | | | | | |
| | | | | | | |

**Associate's Signature:** _____     **Date:** _____

**Facility Manager's Signature:** _____     **Date:** 5/21/15

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.
**Maintain this form in the associate's personnel file.**

June 12, 2013

Pg 22 G

Print Page | Availability Exceptions | Help | **DAYSE HERNANDEZ**   Assoc ID 3658   WIN: 216857806
Primary Job Code: 1-990-501   Job Group: CASHIER

| | SCHEDULED 39 hrs 30 mins | Jun 20 - Jun 26 Week 21 | Jun 27 - Jul 03 Week 22 | Current Week | Jul 11 - Jul 17 Week 24 | Jul 18 - Jul 24 Week 25 |
|---|---|---|---|---|---|---|
| **Saturday** Jul 18 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm 3:30 | 12:30am 12:30 AM | 11:30 |
| **Sunday** Jul 19 | | | | | | |
| **Monday** Jul 20 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm 3:30 | 12:30am 12:30 AM | |
| **Tuesday** Jul 21 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm 3:40 | 12:30am 12:30 AM | |
| **Wednesday** Jul 22 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm 3:30 | 12:30am 12:30 AM | |
| **Thursday** Jul 23 | 7 hrs 30 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 4pm 4 PM | 12:30am 12:30 AM | |
| **Friday** Jul 24 | | | | | | |

Show My Availability

This schedule is valid as of 10:07 PM on 04 Jul 2015

Tatiane
I can't work before 6:00 pm
because I have another job.
Could you please schedule
for next week after six p.m.
Thank you!

Your Full Schedule

Print Page | Availability Exceptions | Help | **DAYSE HERNANDEZ**   Assoc ID: 3858    WIN: 216857806
Primary Job Code: 1-990-501   Job Group: CASHIER

| | SCHEDULED 40 hrs 0 mins | Jul 04 - Jul 10 Week 23 | Jul 11 - Jul 17 Week 24 | Current Week | Jul 25 - Jul 31 Week 26 | Aug 01 - Aug 07 Week 27 |
|---|---|---|---|---|---|---|
| **Saturday** Aug 01 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm  3:30 PM | 12:30am  12:30 AM | |
| **Sunday** Aug 02 | | | | | | |
| **Monday** Aug 03 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm  3:30 pm | 12:30am  12:30 AM | |
| **Tuesday** Aug 04 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm  3:30 pm | 12:30am  12:30 AM | |
| **Wednesday** Aug 05 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm  3:30 pm | 12:30am  12:30 AM | |
| **Thursday** Aug 06 | | | | | | |
| **Friday** Aug 07 | 8 hrs 0 mins Smokeshop Cashier Meal: 7:30pm - 8:30pm | | | 3:30pm  3:30 pm | 12:30am  12:30 AM | |

Show My Availability

This schedule is valid as of 9:16 PM on 21 Jul 2015

Pg 24 G

https://honts2022.homeoffice.wal-mart.com/OTWStore/?win=216857806&...   7/21/2015

Garland Pirate Skulls and Crossbones Rug, Black - Walmart.com



≡        ✳        Search                                              🔍

                              FREE Walmart Grocery pickup            📇

## Garland Pirate Skulls and Crossbones Rug, Black              :☐

138 reviews    Walmart #: 002087980



1 / 2

## $29.85 - $50.00
**PICKUP DISCOUNT ELIGIBLE**

Size :

**Choose Size** ▾

**Quantity:**   1   ▾

Add to List                        Add to Cart

                                   Add to Registry

125 G





pg 25 G

*[handwritten top margin:] They used the second or other
retaliation action against me
that year there was not
evaluation for me and for two
years they don't increase my
Salary !!*

**Register Audit Alert Form**

Operator #: __3658__   *Dayse Her*

The purpose of this form is to inform you that on __06/05/14__ *Thursday* an audit of your

Register # __17__ was completed and you had a long/short of $ __800__ . __00__ .

*[handwritten:] Trans # 7697  Eight hundred dollar bills  Counterfeit*

We understand that you take your responsibilities as a cashier seriously and we wanted to inform you of the audit results. Please use this form as a tool to help improve the customer and associate checkout experience. If you can remember anything about the transactions on your register from the date above, it may be helpful in resolving the long/short. Controlling our cash overage/shortage in the store helps improve profitability. Your help is appreciated!

Listed below are some helpful tips and tools to help improve the level of service at the frontend.

**Helpful Tips and Tools**
- Always count back cash and change to the customer.
- Ensure all checks are filled out for the correct amount and, if necessary, signed/endorsed by the customer.
- Enter the amount of cash the customer tenders into the register – allow the system to provide the correct amount of change to give the customer.
- Count and verify all change orders and loans received from CSM/CSS.
- Check under the register drawer and behind the drawer for any misplaced cash, checks, coupons, etc. at the end of each shift.

Additional training on any of these procedures can be provided upon request.

Please direct any questions, concerns or ideas to a CSM/CSS or FE Zone Supervisor in your facility.

Thank you for your support.

__Dayse Her__
Associate Name (Printed)                    Associate Signature

_____                    __06/07/2014__
Operations Assistant Manager (or salaried management)        Date

Wal-Mart Stores, Inc. Confidential        Revised 8/10/2012

*[handwritten bottom right:] Pg 2be6*



# CHASE ◻

*I accuss to walmart of to steal $55.00*

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

9814510548

03/13/2017
Void after 7 years

Remitter:   DAYSE HERNANDEZ

$** 55.00 **

*"Perjury"*

Pay To The   WALMART
Order Of:

Memo:
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
NON NEGOTIABLE

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE ◻

CASHIER'S CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

9814510548   25-3
440

Date   03/13/2017   Void after 7 years

Remitter:   DAYSE HERNANDEZ

Pay To The   WALMART
Order Of:

Pay:   FIFTY FIVE DOLLARS AND 00 CENTS

$** 55.00 **

Do not write outside this box

*PERJURY*

Memo:
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

Managing Director
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9814510548⑈ ⑆044000037⑈ 758661433⑈

Pg 276

Walmart and Sam's Club
702 SW 8th Street
Bentonville, AR 72716-0815


**Walmart**
Save money. Live better.

# Walmart Recovery Services

 Scan to go to
www.walmartrecovery.com



DAYSE HERNANDEZ
984 ROSS ST
RAHWAY, NJ 07065-2134

2/2/2017

**Reference Number:** R49806908
**Beginning Balance:** $55.00

Dear DAYSE,

Our records indicate that restitution is due Walmart Stores, Inc. in the amount of **$55.00**. Restitution is payable according to the Terms of your Restitution Note.

## PAYMENT TO NOTEHOLDER

(1) The ASSOCIATE hereby acknowledges that the principal sum **$55.00**, shall be due and payable to the NOTEHOLDER.

(2) All payments due under this Restitution Note shall be addressed to Walmart Asset Protection Recovery, PO Box 504765, St. Louis, MO 63150-4765.

(3) Payments shall commence on 2/1/2017 and shall continue for the period of 1 month(s), at a monthly installment payment of **$0.00**, or until paid in full. Payments are due on the 03 day of each month in the form of a cashier's check or money order.

(4) In the event of any default of any sum required under the terms of this Restitution Note, then this Restitution Note shall, at the option of NOTEHOLDER, become immediately due and payable in full. Should any default hereunder remain uncured for a period of 30 days, or in the event it becomes necessary for NOTEHOLDER to protect its legal interests conveyed by this Restitution Note, ASSOCIATE, agrees to pay all costs and expenses arising out of the enforcement of this Restitution Note, whether by legal process or otherwise, including, but not limited to, reasonable attorney's fees and costs.

This Restitution Note applies solely to the items and a sum listed herein and does not prohibit NOTEHOLDER from pursuing separate restitution claims against Associate for other monies Associate may owe to Company. NOTEHOLDER retains the right to pursue a separate civil penalty in addition to this restitution agreement.

To resolve this matter, please visit www.walmartrecovery.com, or contact our office at **800-236-7428**. Debit and credit cards are accepted at no additional charge to you. Payments may also be mailed to the address below (include the name of the person involved in the incident and the reference number indicated on this letter). If you have further questions, please contact our office at 800-236-7428, Monday through Friday, 8:00 a.m. until 5:00 p.m. CST.

Mail Payment To:

> **Wal-Mart Stores, Inc.**
> **PO Box 504765**
> **St. Louis, MO 63150-4765**

Thank you for your prompt response.

Sincerely,

Walmart Stores. Inc.
Sam's Club

**IMPORTANT NOTICE:** Payment of restitution does not prevent criminal prosecution under a related criminal provision nor prevent fines or punishments which may be handed out by the criminal court. The balance information provided in this notice accounts for payment(s) received and posted as of the date of this letter.

*take amount due !*
*false shrink !*

*I sent this to walmart with a check fou 55.⁰⁰ =*

**Walmart**                                    **From: Dayse Hernandez**

**Who may corcern: Caution!!!**

For five 5 years I worked for Walmart(3469) under the egotistical administrations of two managers. Carl Lucci and David Jabcoson . Managers that *don't know their employees* and that they failed in resolve the main problems of security that face a retail business like is Walmart. When incidents happens,it have been so convenient for them to let that innocent associates been judged, sentenced and guillotined like in the time of inquisition for other malicious and flatters employees that discriminate and violating the basic rights of the workers who are threatening and fired by them with the silent complicity of the managers.

Do not pretend that the cashiers be James Comey because they are not and almost all the store around the country do not have a simple tool like is counterfeit bill machine in the station; furthermore cashiers do not receive a training like the CIA's agent to detect and to STOP all the deceptions that are made by consumers of employees. Instead of to shadow the integrity of person and to destroy family try to improve your administration, you should use more the technology or you can create an department where all your merchandise without price can be recorded, only in that way your inventory would be more accurate. Is entirely Walmart responsibility to provide a safe environment for all its employees. Walmart must establish as a rule that items without PRICE can not be sell.

*Does Walmart knows what thet 6th Amendment in the American Constitution guarantees to a person? Do you know what perjury means? Can you prove each element of this fake recovery? Can you??...*

*" The lie kills its victim without the din of the gun and without the trace of a knife". The peace of the LORD be with all of you…*

Let the false lips be shut, which put say evil against the upright looking down on him in their pride. Psalms 31:18

"You shall not bear a false report; do not join your hand with a wicked man to be a malicious witness. Exodus 23:1

"Their talk is foul, like the <u>stench</u> from an open grave. Their tongues are filled with lies." "Snake venom drips from their lips." Exodus 23:7

"Keep far from a false charge, and do not kill the innocent or the righteous, for I will not acquit the guilty. Exodus 23:7

"You shall not bear false witness against your neighbor. Exodus 20:16

"An evil man is held captive by his own sins; they are ropes that catch and hold him" Proverb 5:22

The wrath of God is being revealed from heaven against all the godlessness and wickedness of men who suppress the truth by their wickedness. Romans 1:18

**"NO weapon that is formed against you will proper; and every tongue that accuses you in judgment you will condemn. This is the heritage of the servants of the LORD. And their vindication is from Me" declares the LORD.** Isaiah 54:17

*Walmart is stealing me $ 55.⁰⁰*          *03/19/17*

Walmart and Sam's Club
702 SW 8th Street
Bentonville, AR 72716-0815



# Walmart Recovery Services



Scan to go to
www.walmartrecovery.com



DAYSE HERNANDEZ
984 ROSS ST
RAHWAY, NJ  07065-2134

3/7/2017

**Reference Number:** R49806908
**Beginning Balance:** $55.00

Dear DAYSE,

Our records indicate that you have previously been notified that restitution is due Walmart Stores, Inc. in the amount of **$55.00**.

We retain the right to proceed against you in a civil cause of action which may also subject you to reasonable attorney's fees and court costs.  Satisfaction of restitution by payment does not prevent any criminal prosecution of you by the local authorities.

**BALANCE DUE $55.00**
**DUE BY 3/3/2017**

To resolve this matter, please visit www.walmartrecovery.com, or contact our office at **800-236-7428**.  Debit and credit cards are accepted at no additional charge to you.  Payments may also be mailed to the address below (include the name of the person involved in the incident and the reference number indicated on this letter).  If you have further questions, please contact our office at 800-236-7428, Monday through Friday, 8:00 a.m. until 5:00 p.m. CST.

Mail Payment To:

> **Wal-Mart Stores, Inc.**
> **PO Box 504765**
> **St. Louis, MO  63150-4765**

Thank you for your prompt response.

Sincerely,

Walmart Stores, Inc.
Sam's Club

**IMPORTANT NOTICE:**  Payment of restitution does not prevent criminal prosecution under a related criminal provision nor prevent fines or punishments which may be handed out by the criminal court. The balance information provided in this notice accounts for payment(s) received and posted as of the date of this letter.

*Walmart us stealing rc*
*$ 55.00 dolars.*

**Walmart**                                    **From: Dayse Hernandez**

**Who may corcern: Caution!!!**

**For five 5 years I worked for Walmart(3469) under the egotistical administrations of two managers. Carl Lucci and David Jabcoson . Managers that *don't know their employees* and that they failed in resolve the main problems of security that face a retail business like is Walmart. When incidents happens,it have been so convenient for them to let that innocent associates been judged, sentenced and guillotined like in the time of inquisition for other malicious and flatters employees that discriminate and violating the basic rights of the workers who are threatening and fired by them with the silent complicity of the managers.**

**Do not pretend that the cashiers be James Comey because they are not and almost all the store around the country do not have a simple tool like is counterfeit bill machine in the station; furthermore cashiers do not receive a training like the CIA's agent to detect and to STOP all the deceptions that are made by consumers of employees. Instead of to shadow the integrity of person and to destroy family try to improve your administration, you should use more the technology or you can create an department where all your merchandise without price can be recorded, only in that way your inventory would be more accurate. Is entirely Walmart responsibility to provide a safe environment for all its employees. Walmart must establish as a rule that items without PRICE can not be sell.**

*Does Walmart knows what thet 6th Amendment in the American Constitution guarantees to a person?*
*Do you know what perjury means? Can you prove each element of this fake recovery? Can you??...*

*" The lie kills its victim without the din of the gun and without the trace of a knife". The peace of the LORD be with all of you...*

Let the false lips be shut, which put say evil against the upright looking down on him in their pride. Psalms 31:18

"You shall not bear a false report; do not join your hand with a wicked man to be a malicious witness. Exodus 23:1

"Their talk is foul, like the stench from an open grave. Their tongues are filled with lies." "Snake venom drips from their lips." Exodus 23:7

"Keep far from a false charge, and do not kill the innocent or the righteous, for I will not acquit the guilty. Exodus 23:7

"You shall not bear false witness against your neighbor. Exodus 20:16

"An evil man is held captive by his own sins; they are ropes that catch and hold him" Proverb 5:22

The wrath of God is being revealed from heaven against all the godlessness and wickedness of men who suppress the truth by their wickedness. Romans 1:18

**"NO weapon that is formed against you will proper; and every tongue that accuses you in judgment you will condemn. This is the heritage of the servants of the LORD. And their vindication is from Me" declares the LORD.** Isaiah 54:17

03/19/17

Print Page    Availability Exceptions    Help    **DAYSE HERNANDEZ**    Assoc ID: 3658    WIN: 216857806

Primary Job Code: 1-990-501    Job Group: CASHIER

| | | Jan 23 - Jan 29 Week 52 | Jan 30 - Feb 05 Week 1 | Current Week | Feb 13 - Feb 19 Week 3 | Feb 20 - Feb 26 Week 4 | |
|---|---|---|---|---|---|---|---|

| | SCHEDULED 21 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 AM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 AM | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM | AVAILABILITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saturday** **Feb 13** | 4 hrs 30 mins Cashier Meal: None | | | | | | | | | | | | | | 8:30pm 6:30pm | | | | 11pm 12am | | | | | | | | | | | Avail - 6:30pm - 12am Pref - All Day |
| **Sunday** **Feb 14** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Avail - Not Available Pref - All Day |
| **Monday** **Feb 15** | 4 hrs 0 mins Cashier Meal: None | | | | | | | | | | | | | | 7pm 6:30pm | | | | 11pm 11pm | | | | | | | | | | | Avail - 6:30pm - 11pm Pref - All Day |
| **Tuesday** **Feb 16** | 4 hrs 30 mins Cashier Meal: None | | | | | | | | | | | | | | 8:30pm 6:30pm | | | | 11pm 11pm | | | | | | | | | | | Avail - 6:30pm - 11pm Pref - All Day |
| **Wednesday** **Feb 17** | 4 hrs 0 mins Cashier Meal: None | | | | | | | | | | | | | | 7pm 6:30pm | | | | 11pm 11:30pm | | | | | | | | | | | Avail - 6:30pm - 11:30p Pref - All Day |
| **Thursday** **Feb 18** | | | | | | | | | | | | | | | 6:30pm | | | | 11:30pm | | | | | | | | | | | Avail - 6:30pm - 11:30p Pref - All Day |
| **Friday** **Feb 19** | 4 hrs 0 mins Cashier Meal: None | | | | | | | | | | | | | | 7pm 6:30pm | | | | 11pm 11:30pm | | | | | | | | | | | Avail - 6:30pm - 11:30p Pref - All Day |

Hide My Availability

This schedule is valid as of 10:04 PM on 11 Feb 2016